# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH C. MCKNIGHT,
#95411 )
)
     Plaintiff, ) 3:11-cv-00449-ECR-RAM
)
vs. )
) **ORDER**
STEP ONE, INC., *et al.*, )
)
     Defendants. )
/

     On June 23, 2011, the court received a handwritten document from plaintiff entitled "Notice of Appeal," which indicates that plaintiff seeks to appeal a decision of the Second Judicial District Court of the State of Nevada (docket #1-1). Plaintiff is hereby informed that no such appeal exists, that is, one cannot appeal decisions of a state district court to this court.

     **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

      **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

      DATED this 12th day of July 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE