AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF    NEVADA

KENNETH C. MCKNIGHT,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  **3:11-CV-00449-ECR-RAM**

STEP ONE, INC., et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.**

  July 12, 2011                                            **LANCE S. WILSON**
                                                               Clerk

                                                             /s/ D. R. Morgan
                                                             Deputy Clerk